In the Matter of the Application of FRANK J. CANTY for Admission to the Bar. (From the State of Illinois.)— Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of CHARLES ELIOT CHERRY for Admission to the Bar. (From the State of Indiana.) — Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of HENRY DODGE for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of WILLIAM N. EDSON for Admission to the Bar. (From the State of Michigan.) — Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of ABRAHAM LEVITAN for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JENNIE BERKOWITZ, Respondent, v. HARRY DAM, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MARY L. BIRCH, Respondent, v. CHARLES E. BIRCH, Individually, and as Executor, etc., of JOHN BIRCH, Deceased, Appellant, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THE BROOKLYN PUBLIC LIBRARY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

ALICE A. DELAMAR, Respondent, v. MONREPOSE, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.